1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   DANNY CHOU, State Bar # 180240
    Chief of Complex and Special Litigation
3   ROBERT A. BONTA, State Bar # 202668
    AILEEN M. McGRATH, State Bar # 280846
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, Seventh Floor
    San Francisco, California 94102-5408
6   Telephone:    (415) 554-4236
    Facsimile:    (415) 554-3837
7   E-Mail:       aileen.mcgrath@sfgov.org

8

    Attorneys for Defendants
9   CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN
    FRANCISCO PARK RANGER J. MITRA

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. CV 12-3034 EMC<br><br>Action filed: June 12, 2012<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (Civil L.R. 6-1(a))<br><br>Trial Date: None Set |
|---|---|

**STIPULATION RE: EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 6-1, Plaintiffs Joseph P. Cuviello, Deniz Bolbol, and Alex Felsinger ("Plaintiffs") and Defendants City and County of San Francisco, San Francisco Police Officer Nelson Yu, and San Francisco Park Ranger Jose Mitra ("Defendants"), by and through their respective counsel, hereby stipulate and agree that the time for Defendants to answer or otherwise respond to the Complaint be extended by 30 days, to and including September 7, 2012.

Dated: July 30, 2012

>	DENNIS J. HERRERA
>	City Attorney
>	DANNY CHOU
>	Chief of Complex and Special Litigation
>	ROBERT A. BONTA
>	AILEEN M. McGRATH
>	Deputy City Attorneys
>
>	By:	/s/ *Aileen M. McGrath*
>	AILEEN M. McGRATH
>
>	Attorneys for Defendants
>	CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

Dated: July 30, 2012

>	LAW OFFICE OF TRENT J. THORNLEY
>
>	By:	/s/ *Trent J. Thornley*
>	TRENT J. THORNLEY
>
>	Attorney for Plaintiff DENIZ BOLBOL

Date:  July 30, 2012

                                      MATT SPRINGMAN

                        By:_____/s/ *Matt Springman*
                              MATT SPRINGMAN

                            Attorney for Plaintiff DENIZ BOLBOL

Dated:  July 30, 2012

                                      GONZALEZ & LEIGH LLP

                        By:_____/s/ *G. Whitney Leigh*
                              G. WHITNEY LEIGH

                            Attorney for Plaintiff ALEX FELSINGER

Dated:  July 30, 2012

                                      JOSEPH P. CUVIELLO

                        By:_____/s/ *Joseph Cuviello*
                              JOSEPH P. CUVIELLO

                            Plaintiff In Pro Se

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

**ORDER**

The time for Defendants City and County of San Francisco, San Francisco Police Officer Nelson Yu, and San Francisco Park Ranger Jose Mitra to answer or otherwise respond to the Complaint is extended by 30 days, to and including September 7, 2012.

DATED: 8/1/12

EDWAR
United St



Judge Edward M. Chen