1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   DANNY CHOU, State Bar # 180240
    Chief of Complex and Special Litigation
3   ROBERT A. BONTA, State Bar # 202668
    AILEEN M. McGRATH, State Bar # 280846
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, Seventh Floor
    San Francisco, California 94102-5408
6   Telephone:      (415) 554-4236
    Facsimile:      (415) 554-3837
7   E-Mail:          aileen.mcgrath@sfgov.org

8

    Attorneys for Defendants
9   CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN
    FRANCISCO PARK RANGER J. MITRA
10

11

                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14  | JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually, | Case No. CV 12-3034 EMC |
    |---|---|

15                                          Action filed: June 12, 2012

16                Plaintiffs,               **STIPULATION AND [PROPOSED]
                                            ORDER TO EXTEND TIME TO
17         vs.                              RESPOND TO PLAINTIFFS'
                                            COMPLAINT**
18  CITY AND COUNTY OF SAN                  **(Civil L.R. 6-2)**
    FRANCISCO, SAN FRANCISCO
19  RECREATION AND PARK                     Trial Date: None Set
    DEPARTMENT, SAN FRANCISCO
20  POLICE OFFICER N. YU, SAN
    FRANCISCO PARK RANGER J.
21  MITRA and DOES 1-20, in their
    individual and official capacities, Jointly
22  and Severally,

23                Defendants.

24

25         WHEREAS, by Order of this Court entered August 1, 2012, the deadline for Defendants City

26  and County of San Francisco, San Francisco Police Officer Nelson Yu, and San Francisco Park

27  Ranger Jose Mitra ("Defendants") to respond to the Complaint in this matter is currently set for

28  September 7, 2012;

---

Stipulation and Proposed Order                    1                    n:\cxlit\li2012\121412\00790856.doc
USDC No. CV 12 3034 EMC

1    WHEREAS, Defendants have sought additional time to respond to the Complaint for the

2  reasons set forth in the accompanying Declaration of Aileen McGrath.

3    Pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

4    Defendants City and County of San Francisco, San Francisco Police Officer Nelson Yu, and

5  San Francisco Park Ranger Jose Mitra shall file their response to the Complaint in this case no later

6  than September 14, 2012.

7    IT IS SO STIPULATED.

8

9  Dated:  August 13, 2012

10
                                        DENNIS J. HERRERA
                                        City Attorney
11
                                        DANNY CHOU
                                        Chief of Complex and Special Litigation
12
                                        ROBERT A. BONTA
                                        AILEEN M. McGRATH
13
                                        Deputy City Attorneys

14
                                  By:_____/s/ *Aileen M. McGrath*_____
15
                                        AILEEN M. McGRATH

16                                      Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO, SAN
17                                      FRANCISCO POLICE OFFICER N. YU, SAN
                                        FRANCISCO PARK RANGER J. MITRA

18

19

20  Dated:  August 13, 2012

21
                                        LAW OFFICE OF TRENT J. THORNLEY
22

                                  By:_____/s/ *Trent J. Thornley*_____
23
                                        TRENT J. THORNLEY

24                                      Attorney for Plaintiff DENIZ BOLBOL

25

26

27

28

Stipulation and Proposed Order                          2                   n:\cxlit\li2012\121412\00790856.doc
USDC No. CV 12 3034 EMC

1

2

3

4   Date:  August 13, 2012

5                                           MATT SPRINGMAN

6                                           By:_____/s/ *Matt Springman*___

7                                              MATT SPRINGMAN

8                                              Attorney for Plaintiff DENIZ BOLBOL

9   Dated:  August 13, 2012

10                                          GONZALEZ & LEIGH LLP

11

12                                          By:_____/s/ *G. Whitney Leigh*___
                                               G. WHITNEY LEIGH

13
                                               Attorney for Plaintiff ALEX FELSINGER
14

15  Dated:  August 13, 2012

16                                          JOSEPH P. CUVIELLO

17

18                                          By:_____/s/ *Joseph Cuviello*___
                                               JOSEPH P. CUVIELLO
19
                                               Plaintiff In Pro Se
20

21
    *THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF
22  THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

23

24

25

26

27

28

---

Stipulation and Proposed Order                   3              n:\cxlit\li2012\121412\00790856.doc
USDC No. CV 12 3034 EMC

1

**[~~PROP~~OSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:   August 14, 2012



5                                              HON. EDWARD M. CHEN
                                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order                    4                    n:\cxlit\li2012\121412\00790856.doc
USDC No. CV 12 3034 EMC

**PROOF OF SERVICE**

I, Catheryn M. Daly, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On August 13, 2012, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
**(Civil L.R. 6-2)**

on the following persons at the locations specified:

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064

Telephone: 650-654-9955
Email: pcuvie@gmail.com
*Plaintiff in Pro Se*

in the manner indicated below:

☒      **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 13, 2012, at San Francisco, California.

/s/ *Catheryn M. Daly*
Catheryn M. Daly

---

Stipulation and Proposed Order
USDC No. CV 12 3034 EMC

5

n:\cxlit\li2012\121412\00790856.doc