DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
ROBERT A. BONTA, State Bar # 202668
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4236
Facsimile:    (415) 554-3837
E-Mail:       aileen.mcgrath@sfgov.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. CV 12-3034 EMC<br><br>Action filed: June 12, 2012<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>**(Civil L.R. 6-2)**<br><br>Trial Date: None Set |

WHEREAS, by Order of this Court entered August 1, 2012, the deadline for Defendants City and County of San Francisco, San Francisco Police Officer Nelson Yu, and San Francisco Park Ranger Jose Mitra ("Defendants") to respond to the Complaint in this matter is currently set for September 7, 2012;

WHEREAS, Defendants have sought additional time to respond to the Complaint for the reasons set forth in the accompanying Declaration of Aileen McGrath.

Pursuant to Local Civil Rule 6-2, the parties stipulate as follows:

Defendants City and County of San Francisco, San Francisco Police Officer Nelson Yu, and San Francisco Park Ranger Jose Mitra shall file their response to the Complaint in this case no later than September 14, 2012.

IT IS SO STIPULATED.

Dated: August 13, 2012

          DENNIS J. HERRERA
          City Attorney
          DANNY CHOU
          Chief of Complex and Special Litigation
          ROBERT A. BONTA
          AILEEN M. McGRATH
          Deputy City Attorneys

          By:      /s/ *Aileen M. McGrath*
              AILEEN M. McGRATH

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

Dated: August 13, 2012

          LAW OFFICE OF TRENT J. THORNLEY

          By:      /s/ *Trent J. Thornley*
              TRENT J. THORNLEY

          Attorney for Plaintiff DENIZ BOLBOL

Date:  August 13, 2012

             MATT SPRINGMAN

            By:_____/s/ *Matt Springman*_
              MATT SPRINGMAN

            Attorney for Plaintiff DENIZ BOLBOL

Dated:  August 13, 2012

             GONZALEZ & LEIGH LLP

            By:_____/s/ *G. Whitney Leigh*_
              G. WHITNEY LEIGH

            Attorney for Plaintiff ALEX FELSINGER

Dated:  August 13, 2012

             JOSEPH P. CUVIELLO

            By:_____/s/ *Joseph Cuviello*_
              JOSEPH P. CUVIELLO

            Plaintiff In Pro Se

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

1  **[PR~~OPO~~SED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED: August 14, 2012



HON. EDWARD M. CHEN
United States District Judge

# PROOF OF SERVICE

I, Catheryn M. Daly, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On August 13, 2012, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
**(Civil L.R. 6-2)**

on the following persons at the locations specified:

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064

Telephone: 650-654-9955
Email: pcuvie@gmail.com
*Plaintiff in Pro Se*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 13, 2012, at San Francisco, California.

/s/ *Catheryn M. Daly*
Catheryn M. Daly