DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
ROBERT A. BONTA, State Bar # 202668
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4236
Facsimile:    (415) 554-3837
E-Mail:       aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>        Defendants. | Case No. CV 12-3034 EMC<br><br>Action filed: June 12, 2012<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND (2) SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br>**(Civil L.R. 6-2)**<br><br>Trial Date: None Set |

On September 28, 2012, the Plaintiffs in this action filed a First Amended Complaint. The parties to this action, by and through their attorneys, hereby stipulate and request of this Court that the time for Defendants to respond to the Plaintiffs' First Amended Complaint be extended from October 12, 2012 to October 24, 2012.

In addition, Defendants intend to file a motion to dismiss the complaint on October 24, 2012, with a hearing date of December 14, 2012. The parties have agreed to the below briefing schedule:

    Plaintiffs' Opposition:    November 16, 2012

    Defendants' Reply:    November 30, 2012

This is a complex action raising several causes of action. Accordingly, the parties request this extended briefing schedule in order to meaningfully present this issues to the Court, and for the reasons given in the accompanying Declaration of Aileen McGrath, counsel for Defendants.

Dated: October 4, 2012

    DENNIS J. HERRERA
    City Attorney
    ROBERT A. BONTA
    AILEEN M. McGRATH
    Deputy City Attorneys

    By: /s/ *Aileen M. McGrath*
    AILEEN M. McGRATH

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

Dated: October 4, 2012

    LAW OFFICE OF TRENT J. THORNLEY

    By: /s/ *Trent J. Thornley*
    TRENT J. THORNLEY

    Attorney for Plaintiff DENIZ BOLBOL

Date:  October 4, 2012

                                  MATT SPRINGMAN

                      By:_____/s/ *Matt Springman*_
                              MATT SPRINGMAN

                              Attorney for Plaintiff DENIZ BOLBOL


Dated:  October 4, 2012

                                  GONZALEZ & LEIGH LLP

                      By:_____/s/ *G. Whitney Leigh*_
                              G. WHITNEY LEIGH

                              Attorney for Plaintiff ALEX FELSINGER


Dated:  October 4, 2012

                                  JOSEPH P. CUVIELLO

                      By:_____/s/ *Joseph Cuviello*_
                              JOSEPH P. CUVIELLO

                              Plaintiff In Pro Se


*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

## [~~PROPOSED~~] ORDER

Good cause having been shown, the parties' Stipulation To (1) Extend Time To Respond to Plaintiffs' First Amended Complaint and (2) Set Briefing Schedule for Motion To Dismiss is GRANTED. Defendants shall file their Motion no later than October 24, 2012; Plaintiffs shall file their opposition to the Motion no later than November 16, 2012; Defendants shall file their reply no later than November 30, 2012. Motion will be heard on December 14, 2012 at 1:30 p.m.

DATED: October 9, 2012 

HON. EDWARD M. CHEN
United States District Judge