DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
ROBERT A. BONTA, State Bar # 202668
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4236
Facsimile:     (415) 554-3837
E-Mail:         aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. CV 12-3034 EMC<br><br>Action filed: June 12, 2012<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND (2) SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br>**(Civil L.R. 6-2)**<br><br>Trial Date: None Set |

1     On September 28, 2012, the Plaintiffs in this action filed a First Amended Complaint.  The
2 parties to this action, by and through their attorneys, hereby stipulate and request of this Court that the
3 time for Defendants to respond to the Plaintiffs' First Amended Complaint be extended from October
4 12, 2012 to October 24, 2012.

5     In addition, Defendants intend to file a motion to dismiss the complaint on October 24, 2012,
6 with a hearing date of December 14, 2012.  The parties have agreed to the below briefing schedule:

7     Plaintiffs' Opposition:        November 16, 2012
8     Defendants' Reply:        November 30, 2012

9     This is a complex action raising several causes of action.  Accordingly, the parties request this
10 extended briefing schedule in order to meaningfully present this issues to the Court, and for the
11 reasons given in the accompanying Declaration of Aileen McGrath, counsel for Defendants.

13 Dated:  October 4, 2012

        DENNIS J. HERRERA
        City Attorney
        ROBERT A. BONTA
        AILEEN M. McGRATH
        Deputy City Attorneys

        By:      /s/ *Aileen M. McGrath*
        AILEEN M. McGRATH

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO, SAN
        FRANCISCO POLICE OFFICER N. YU, SAN
        FRANCISCO PARK RANGER J. MITRA

23 Dated:  October 4, 2012

        LAW OFFICE OF TRENT J. THORNLEY

        By:      /s/ *Trent J. Thornley*
        TRENT J. THORNLEY

        Attorney for Plaintiff DENIZ BOLBOL

Date: October 4, 2012

                MATT SPRINGMAN

            By: _____/s/ *Matt Springman*_____
                  MATT SPRINGMAN

                Attorney for Plaintiff DENIZ BOLBOL

Dated: October 4, 2012

                GONZALEZ & LEIGH LLP

            By: _____/s/ *G. Whitney Leigh*_____
                  G. WHITNEY LEIGH

                Attorney for Plaintiff ALEX FELSINGER

Dated: October 4, 2012

                JOSEPH P. CUVIELLO

            By: _____/s/ *Joseph Cuviello*_____
                  JOSEPH P. CUVIELLO

                Plaintiff In Pro Se

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

**[PROPOSED] ORDER**

Good cause having been shown, the parties' Stipulation To (1) Extend Time To Respond to Plaintiffs' First Amended Complaint and (2) Set Briefing Schedule for Motion To Dismiss is GRANTED. Defendants shall file their Motion no later than October 24, 2012; Plaintiffs shall file their opposition to the Motion no later than November 16, 2012; Defendants shall file their reply no later than November 30, 2012. Motion will be heard on December 14, 2012 at 1:30 p.m.

DATED: October 9, 2012



HON. EDWARD M. CHEN
United States District Judge