1 | G. WHITNEY LEIGH (SBN 153457)
2 | GONZALEZ & LEIGH LLP
   | 744 Montgomery Street, 5th Floor
3 | San Francisco, CA 94111
   | Telephone: (415) 912-5950
4 | Facsimile: (415) 912-5951

5 | Attorneys for Plaintiff
6 | ALEX FELSINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually, | Case No. C 12-03034 EMC |
|---|---|
| Plaintiffs, | **STIPULATED REQUEST TO EXTEND TIME TO COMPLETE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally, | |
| Defendants. | |

The current scheduling order in this matter requires completion of the settlement conference before the end of February 2013. A settlement conference before the Honorable Laurel Beeler has been scheduled for this matter to occur on February 22, 2012. However, two of the plaintiffs in this matter are scheduled to go to trial beginning February 19, 2013, in a matter pending in this district before the Honorable Paul Grewal. A continuance of the current settlement conference is necessary to avoid the potential conflict that would arise if the trial before Judge Grewal proceeds through February 22, 2012.

The parties have contacted Judge Beeler's courtroom, which has informed the parties that March 8, 2013 is available for a rescheduled conference date. All parties are available on that date. However, because the current scheduling order requires that the settlement conference be completed before February 2013, an order of this Court extending the deadline by which the conference must be completed is necessary in order to permit the parties to move the settlement conference to that date.

For the foregoing reasons, all parties jointly request that the Court issue an order extending the deadline to complete the settlement conference to include March 2013, to allow the parties to confirm a March 8, 2013 settlement conference date before Judge Beeler.

Dated:  December 6, 2012                    Respectfully submitted,

                                            GONZALEZ & LEIGH LLP


                                            By:  /s/ G. Whitney Leigh
                                                G. Whitney Leigh
                                                Attorneys for Plaintiff
                                                ALEX FELSINGER


Dated:  December 6, 2012                    LAW OFFICE OF TRENT J. THORNLEY


                                            By:  /s/ Trent J. Thornley
                                                Trent J. Thornley
                                                Attorneys for Plaintiff
                                                DENIZ BOLBOL

Dated: December 6, 2012

By: /s/ Matt Springman
Matt Springman
Attorneys for Plaintiff
DENIZ BOLBOL

Dated: December 6, 2012

By: /s/ Joseph P. Cuviello
Joseph P. Cuviello
Plaintiff In Pro Se

Dated: December 6, 2012

DENNIS J. HERRERA
City Attorney
ROBERT A. BONTA
AILEEN M. McGRATH
Deputy City Attorneys

By: /s/ Aileen M. McGrath
Aileen M. McGrath
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER

# [~~PR~~OPOSED] ORDER

Good cause having been shown, the parties' Stipulated Request to Extend Time to Complete Settlement Conference is GRANTED. The deadline for the parties to complete the Settlement Conference in this matter is extended to include March 15, 2013. The Further CMC is reset from March 7, 2013 to March 28, 2013 at 10:30 a.m.

Dated: December 6, 2012

HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*