G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 912-5950
Facsimile: (415) 912-5951

Attorneys for Plaintiff
ALEX FELSINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. C 12-03034 EMC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO COMPLETE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

The current scheduling order in this matter requires completion of the settlement conference before the end of February 2013.  A settlement conference before the Honorable Laurel Beeler has been scheduled for this matter to occur on February 22, 2012.  However, two of the plaintiffs in this matter are scheduled to go to trial beginning February 19, 2013, in a matter pending in this district before the Honorable Paul Grewal.  A continuance of the current settlement conference is necessary to avoid the potential conflict that would arise if the trial before Judge Grewal proceeds through February 22, 2012.

The parties have contacted Judge Beeler's courtroom, which has informed the parties that March 8, 2013 is available for a rescheduled conference date.  All parties are available on that date.  However, because the current scheduling order requires that the settlement conference be completed before February 2013, an order of this Court extending the deadline by which the conference must be completed is necessary in order to permit the parties to move the settlement conference to that date.

For the foregoing reasons, all parties jointly request that the Court issue an order extending the deadline to complete the settlement conference to include March 2013, to allow the parties to confirm a March 8, 2013 settlement conference date before Judge Beeler.

Dated:  December 6, 2012                    Respectfully submitted,

                                            GONZALEZ & LEIGH LLP


                                            By:  _/s/ G. Whitney Leigh_____
                                                G. Whitney Leigh
                                                Attorneys for Plaintiff
                                                ALEX FELSINGER


Dated:  December 6, 2012                    LAW OFFICE OF TRENT J. THORNLEY


                                            By:  _/s/ Trent J. Thornley_____
                                                Trent J. Thornley
                                                Attorneys for Plaintiff
                                                DENIZ BOLBOL

1

2  Dated: December 6, 2012

 By: */s/ Matt Springman*
 Matt Springman
3  Attorneys for Plaintiff
 DENIZ BOLBOL
4

5

6

7  Dated: December 6, 2012

 By: */s/ Joseph P. Cuviello*
 Joseph P. Cuviello
8  Plaintiff In Pro Se

9

10  Dated: December 6, 2012          DENNIS J. HERRERA
 City Attorney
11                                  ROBERT A. BONTA
 AILEEN M. McGRATH
12                                  Deputy City Attorneys

13

14                                  By: */s/ Aileen M. McGrath*
 Aileen M. McGrath
15                                  Attorneys for Defendants
 CITY AND COUNTY OF SAN
16                                  FRANCISCO SAN FRANCISCO POLICE
 OFFICER N. YU, SAN FRANCISCO
17                                  PARK RANGER

18

19                          [~~PRO~~POSED] ORDER

20   Good cause having been shown, the parties' Stipulated Request to Extend Time to

21  Complete Settlement Conference is GRANTED. The deadline for the parties to complete the

22  Settlement Conference in this matter is extended to include March 15, 2013. The Further CMC

23  is reset from March 7, 2013 to March 28, 2013 at 10:30 a.m.

24  Dated: December 6, 2012
                                    _____
                                    HONORABLE EDWARD M. CHEN
25                                  United States District Judge

26

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

27

28