DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4236
Facsimile:      (415) 554-3837
E-Mail:           aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>           Defendants. | Case No. CV 12-3034 EMC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO COMPLETE SETTLEMENT CONFERENCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

The current scheduling order in this matter requires completion of the settlement conference by March 15, 2013.  A settlement conference before the Honorable Laurel Beeler has been scheduled to occur on March 8, 2013.  However, counsel for Defendants in this case believes that additional

time is required for resolution of matters that will make the settlement conference more productive. The parties have agreed to a continuance of the settlement conference.

The parties have contacted Judge Beeler's courtroom, which has informed the parties that April 19, 2013 is available for a rescheduled conference date. All parties are available on that date. However, because the current scheduling order requires that the settlement conference be completed before March 15, 2013, an order of this Court extending the deadline by which the conference must be completed is necessary in order to permit the parties to move the settlement conference to that date.

This case is also scheduled for a further Case Management Conference on March 28, 2013. The parties request a continuance of that Case Management Conference to May 2, 2013, to allow the parties to first complete the settlement conference.

For the foregoing reasons, all parties jointly request that the Court issue an order extending the deadline to complete the settlement conference to April 30, 2013 and continuing the further Case Management Conference to May 2, 2013, to allow the parties to confirm an April 19, 2013 settlement conference date before Judge Beeler.

Dated: February 11, 2013

                DENNIS J. HERRERA
                City Attorney
                OWEN J. CLEMENTS
                Chief of Complex and Special Litigation
                AILEEN M. McGRATH
                Deputy City Attorneys

By: _____/s/ *Aileen M. McGrath*_____
       AILEEN M. McGRATH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

1  Dated: February 11, 2013

2                                                          LAW OFFICE OF TRENT J. THORNLEY

3                                              By:                  /s/ *Trent J. Thornley*
4                                                          TRENT J. THORNLEY

5                                                          Attorney for Plaintiff DENIZ BOLBOL

6  Date: February 11, 2013

7                                                          MATT SPRINGMAN

8

9                                              By:                  /s/ *Matt Springman*
                                                           MATT SPRINGMAN
10
                                                           Attorney for Plaintiff DENIZ BOLBOL
11

12  Dated: February 11, 2013

13                                                         GONZALEZ & LEIGH LLP

14
                                               By:                  /s/ *G. Whitney Leigh*
15                                                         G. WHITNEY LEIGH

16                                                         Attorney for Plaintiff ALEX FELSINGER

17

18  Dated: February 11, 2013

19                                                         JOSEPH P. CUVIELLO

20

21                                             By:                  /s/ *Joseph P. Cuviello*
                                                           JOSEPH P. CUVIELLO
22
                                                           Plaintiff In Pro Se
23

24  *THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF
    THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES
25

26

27

28

Stipulation and Proposed Order                             3                    n:\cxlit\li2013\121412\00825906.doc
USDC No. CV 12 3034 EMC

## **PROPOSED ORDER**

Good cause having been shown, the parties' Stipulated Request to Extend Time to Complete Settlement Conference and To Continue Case Management Conference is GRANTED. The deadline for the parties to complete the Settlement Conference in this matter is extended to and including April 30, 2013. The Further Case Management Conference is reset from March 28, 2013 to May 2, 2013 at 10:30 a.m.

DATED: 2/13/13

*IT IS SO ORDERED*
*Judge Edward M. Chen*