DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4236
Facsimile:     (415) 554-3837
E-Mail:        aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. CV 12-3034 EMC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO COMPLETE SETTLEMENT CONFERENCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|

     The current scheduling order in this matter requires completion of the settlement conference by March 15, 2013.  A settlement conference before the Honorable Laurel Beeler has been scheduled to occur on March 8, 2013.  However, counsel for Defendants in this case believes that additional

time is required for resolution of matters that will make the settlement conference more productive. The parties have agreed to a continuance of the settlement conference.

The parties have contacted Judge Beeler's courtroom, which has informed the parties that April 19, 2013 is available for a rescheduled conference date. All parties are available on that date. However, because the current scheduling order requires that the settlement conference be completed before March 15, 2013, an order of this Court extending the deadline by which the conference must be completed is necessary in order to permit the parties to move the settlement conference to that date.

This case is also scheduled for a further Case Management Conference on March 28, 2013. The parties request a continuance of that Case Management Conference to May 2, 2013, to allow the parties to first complete the settlement conference.

For the foregoing reasons, all parties jointly request that the Court issue an order extending the deadline to complete the settlement conference to April 30, 2013 and continuing the further Case Management Conference to May 2, 2013, to allow the parties to confirm an April 19, 2013 settlement conference date before Judge Beeler.

Dated: February 11, 2013

                                   DENNIS J. HERRERA
                                   City Attorney
                                   OWEN J. CLEMENTS
                                   Chief of Complex and Special Litigation
                                   AILEEN M. McGRATH
                                   Deputy City Attorneys

                             By: /s/ *Aileen M. McGrath*
                                   AILEEN M. McGRATH

                                   Attorneys for Defendants
                                   CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

Dated: February 11, 2013

                        LAW OFFICE OF TRENT J. THORNLEY

                        By: _____/s/ *Trent J. Thornley*_____
                              TRENT J. THORNLEY

                        Attorney for Plaintiff DENIZ BOLBOL

Date: February 11, 2013

                        MATT SPRINGMAN

                        By: _____/s/ *Matt Springman*_____
                              MATT SPRINGMAN

                        Attorney for Plaintiff DENIZ BOLBOL

Dated: February 11, 2013

                        GONZALEZ & LEIGH LLP

                        By: _____/s/ *G. Whitney Leigh*_____
                              G. WHITNEY LEIGH

                        Attorney for Plaintiff ALEX FELSINGER

Dated: February 11, 2013

                        JOSEPH P. CUVIELLO

                        By: _____/s/ *Joseph P. Cuviello*_____
                              JOSEPH P. CUVIELLO

                        Plaintiff In Pro Se

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

# PROPOSED ORDER

Good cause having been shown, the parties' Stipulated Request to Extend Time to Complete Settlement Conference and To Continue Case Management Conference is GRANTED. The deadline for the parties to complete the Settlement Conference in this matter is extended to and including April 30, 2013. The Further Case Management Conference is reset from March 28, 2013 to May 2, 2013 at 10:30 a.m.

DATED:  2/13/13

