1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  OWEN J. CLEMENTS, State Bar #141805
   Chief of Complex and Special Litigation
3  AILEEN M. McGRATH, State Bar # 280846
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Seventh Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4236
6  Facsimile:    (415) 554-3837
   E-Mail:       aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. CV 12-3034 EMC<br><br>Action filed: June 12, 2012<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND TIME TO FILE SECOND AMENDED COMPLAINT (2) CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br>**(Civil L.R. 6-2)**<br><br>Trial Date: None Set |

On April 15, 2013, the Court issued a written order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.  Pursuant to that order, Plaintiffs have 30 days to file a Second Amended Complaint stating allegations to renew those claims this Court dismissed without prejudice.  Plaintiffs' Second Amended Complaint is currently due on May 15, 2013.  The parties to this case are also scheduled to attend a further Case Management Conference before the Court on May 9, 2013.

On April 19, 2013, the parties attended a settlement conference before Magistrate Judge Laurel Beeler.  The parties wish to have additional settlement discussions with Judge Beeler, and wish to extend the current deadlines in this case to allow those discussions to continue, as described in the attached Declaration of Aileen McGrath.  Accordingly, the parties request that the deadlines in the case be extended by two weeks, so that Plaintiffs' Second Amended Complaint will be filed no later than May 29, 2013, and the further Case Management Conference will be held on May 23, 2013.

Dated:  April 22, 2013

>
> DENNIS J. HERRERA
> City Attorney
> AILEEN M. McGRATH
> Deputy City Attorney
>
> By: _____/s/ *Aileen M. McGrath*_____
> AILEEN M. McGRATH
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

Date:  April 22, 2013

> MATT SPRINGMAN
>
> By: _____/s/ *Matt Springman*_____
> MATT SPRINGMAN
>
> Attorney for Plaintiff DENIZ BOLBOL

Dated: April 22, 2013

                                                              GONZALEZ & LEIGH LLP

                                         By:_____/s/ *G. Whitney Leigh*
                                                G. WHITNEY LEIGH

                                         Attorney for Plaintiff ALEX FELSINGER

Dated: April 22, 2013

                                                        JOSEPH P. CUVIELLO

                                         By:_____/s/ *Joseph Cuviello*
                                                JOSEPH P. CUVIELLO

                                         Plaintiff In Pro Se

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

# [~~PROPOSED~~] ORDER

Good cause having been shown, the parties' Stipulation To (1) Extend Time To File Second Amended Complaint and (2) Continue Further Case Management Conference is GRANTED. Plaintiffs shall file their Second Amended Complaint on or before May 29, 2013. The Case Management Conference will be held on May 23, 2013 at 10:30 a.m.

DATED: 4/23/13



IT IS SO ORDERED
Judge Edward M. Chen

**PROOF OF SERVICE**

I, Alison Lambert, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On April 22, 2013, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND TIME TO FILE SECOND AMENDED COMPLAINT (2) CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**
**(Civil L.R. 6-2)**

on the following persons at the locations specified:

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064

Telephone: 650-654-9955
Email: pcuvie@gmail.com
*Plaintiff in Pro Se*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed here: lrivers@gonzalezleigh.com; pcuvie@gmail.com; springman.matt@gmail.com; trent_thornley@sbcglobal.net; wleigh@gonzalezleigh.com. Such document(s) were transmitted *via* electronic mail from the electronic address: *alison.lambert@sfgov.org* ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 22, 2013, at San Francisco, California.

/s/ *Alison Lambert*
Alison Lambert

Stipulation and Proposed Order
USDC No. CV 12 3034 EMC

n:\cxlit\li2013\121412\00842241.doc