1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | OWEN J. CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
3 | AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Seventh Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-4236
6 | Facsimile:    (415) 554-3837
E-Mail:        aileen.mcgrath@sfgov.org

7

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER N. YU, SAN
9 | FRANCISCO PARK RANGER J. MITRA

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | JOSEPH P. CUVIELLO, DENIZ
BOLBOL, AND ALEX FELSINGER,
14 | individually,

15 |             Plaintiffs,

16 |       vs.

17 | CITY AND COUNTY OF SAN
FRANCISCO, SAN FRANCISCO
18 | RECREATION AND PARK
DEPARTMENT, SAN FRANCISCO
19 | POLICE OFFICER N. YU, SAN
FRANCISCO PARK RANGER J.
20 | MITRA and DOES 1-20, in their
individual and official capacities, Jointly
21 | and Severally,

22 |             Defendants.

Case No. CV 12-3034 EMC

Action filed: June 12, 2012

**STIPULATION AND [PROPOSED]
ORDER TO (1) EXTEND TIME TO
FILE SECOND AMENDED
COMPLAINT (2) CONTINUE
FURTHER CASE MANAGEMENT
CONFERENCE**
(Civil L.R. 6-2)

Trial Date: None Set

23

24

25

26

27

28

Stipulation and Proposed Order
USDC No. CV 12 3034 EMC

n:\cxlit\li2013\121412\00842241.doc

1   On April 15, 2013, the Court issued a written order granting in part and denying in part

2   Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.  Pursuant to that order,

3   Plaintiffs have 30 days to file a Second Amended Complaint stating allegations to renew those claims

4   this Court dismissed without prejudice.  Plaintiffs' Second Amended Complaint is currently due on

5   May 15, 2013.  The parties to this case are also scheduled to attend a further Case Management

6   Conference before the Court on May 9, 2013.

7   On April 19, 2013, the parties attended a settlement conference before Magistrate Judge

8   Laurel Beeler.  The parties wish to have additional settlement discussions with Judge Beeler, and

9   wish to extend the current deadlines in this case to allow those discussions to continue, as described

10  in the attached Declaration of Aileen McGrath.  Accordingly, the parties request that the deadlines in

11  the case be extended by two weeks, so that Plaintiffs' Second Amended Complaint will be filed no

12  later than May 29, 2013, and the further Case Management Conference will be held on May 23, 2013.

13

14  Dated:  April 22, 2013

15                                                    DENNIS J. HERRERA
                                                     City Attorney
16                                                   AILEEN M. McGRATH
                                                     Deputy City Attorney
17

18                                            By:_____/s/ Aileen M. McGrath_____
                                                     AILEEN M. McGRATH
19
                                                     Attorneys for Defendants
20                                                   CITY AND COUNTY OF SAN FRANCISCO, SAN
                                                     FRANCISCO POLICE OFFICER N. YU, SAN
21                                                   FRANCISCO PARK RANGER J. MITRA

22

23  Date:  April 22, 2013

24

25                                                   MATT SPRINGMAN

26                                            By:_____/s/ Matt Springman___
                                                     MATT SPRINGMAN
27
                                                     Attorney for Plaintiff DENIZ BOLBOL
28

Dated:  April 22, 2013

GONZALEZ & LEIGH LLP


By:_____ /s/ *G. Whitney Leigh*
     G. WHITNEY LEIGH

Attorney for Plaintiff ALEX FELSINGER


Dated:  April 22, 2013

JOSEPH P. CUVIELLO


By:_____ /s/ *Joseph Cuviello*
     JOSEPH P. CUVIELLO

Plaintiff In Pro Se


*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

**[PROPOSED] ORDER**

Good cause having been shown, the parties' Stipulation To (1) Extend Time To File Second Amended Complaint and (2) Continue Further Case Management Conference is GRANTED. Plaintiffs shall file their Second Amended Complaint on or before May 29, 2013.  The Case Management Conference will be held on May 23, 2013 at 10:30 a.m.

DATED: _____4/23/13_____



_____

HON. E_____
Unite__

IT IS SO ORDERED

Judge Edward M. Chen

**PROOF OF SERVICE**

I, Alison Lambert, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On April 22, 2013, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND TIME TO FILE SECOND AMENDED COMPLAINT (2) CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**
**(Civil L.R. 6-2)**

on the following persons at the locations specified:

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064

Telephone: 650-654-9955
Email: pcuvie@gmail.com
*Plaintiff in Pro Se*

in the manner indicated below:

☒　　**BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒　　**BY ELECTRONIC MAIL**:  Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed here: *lrivers@gonzalezleigh.com; pcuvie@gmail.com; springman.matt@gmail.com; trent_thornley@sbcglobal.net; wleigh@gonzalezleigh.com*.  Such document(s) were transmitted *via* electronic mail from the electronic address: *alison.lambert@sfgov.org* ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 22, 2013, at San Francisco, California.

　　　　　　　　　　　　　　　　　/s/ *Alison Lambert*
　　　　　　　　　　　　　　　　　Alison Lambert