UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSEPH P CUVIELLO, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 12-03034 LB<br><br>**ORDER RESETTING TIME FOR MAY 7 2013 SETTLEMENT CONFERENCE** |

　　Due to a scheduling conflict, the Further Settlement Conference set for **May 7, 2013** will be moved back by 30 minutes to **2 p.m.** Counsel are requested to notify their clients of the change. As before, please report to 450 Golden Gate Avenue, 15th floor, Courtroom C, San Francsico, CA, 94102.

**IT IS SO ORDERED.**

Dated: May 6, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　United States Magistrate Judge

C 12-03034 (ORDER)