UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSEPH P CUVIELLO, *et al.*, | No. C 12-03034 LB |
| Plaintiffs, | **ORDER RESETTING TIME FOR MAY 7 2013 SETTLEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

Due to a scheduling conflict, the Further Settlement Conference set for **May 7, 2013** will be moved back by 30 minutes to **2 p.m.** Counsel are requested to notify their clients of the change. As before, please report to 450 Golden Gate Avenue, 15th floor, Courtroom C, San Francsico, CA, 94102.

**IT IS SO ORDERED.**

Dated: May 6, 2013

LAUREL BEELER
United States Magistrate Judge

C 12-03034 (ORDER)