1  G. WHITNEY LEIGH (SBN 153457)
   GONZALEZ & LEIGH LLP
2  744 Montgomery Street, Fifth Floor
3  San Francisco, CA 94111
   Telephone:  (415) 912-5950
4  Facsimile:  (415) 912-5951

5  Attorneys for Plaintiff
   ALEX FELSINGER
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually, <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally, <br><br> Defendants. | Case No. C 12-03034 EMC <br><br> **STIPULATED REQUEST TO EXTEND TIME TO FILE AN AMENDED COMPLAINT AND [PROPOSED] ORDER** |

Whereas, the parties have reached a settlement of this matter that is contingent upon the approval of the San Francisco Board of Supervisors;

The approval process will take additional time to complete;

If confirmed, the settlement will obviate the need for an amended complaint to be submitted to, or considered by the Court; and

The interests of justice and economy are therefore served by the extension of the deadline for the filing of Plaintiffs' amended complaint;

It is stipulated by and between counsel for Plaintiffs and Defendants that the time by which an amended complaint may be filed is HEREBY extended from May 29, 2013 to August 27, 2013.

Dated:  May 23, 2013                              Respectfully submitted,

                                                  GONZALEZ & LEIGH LLP


                                                  By:  */s/ G. Whitney Leigh*_____
                                                       G. Whitney Leigh
                                                       Attorneys for Plaintiff
                                                       ALEX FELSINGER


Dated:  May 23, 2013                              By:  */s/ Matt Springman*_____
                                                       Matt Springman
                                                       Attorneys for Plaintiff
                                                       DENIZ BOLBOL


Dated:  May 23, 2013
                                                  By:  */s/ Joseph P. Cuviello*_____
                                                       Joseph P. Cuviello
                                                       Plaintiff In Pro Se

1  Dated: May 23, 2013                    DENNIS J. HERRERA
                                          City Attorney
2                                         AILEEN M. McGRATH
                                          Deputy City Attorneys
3

4

5                                         By:  /s/ Aileen M. McGrath
                                               Aileen M. McGrath
                                               Attorneys for Defendants
6                                              CITY AND COUNTY OF SAN
                                               FRANCISCO SAN FRANCISCO POLICE
7                                              OFFICER N. YU, SAN FRANCISCO
                                               PARK RANGER
8

9

10

11                              [PROPOSED] ORDER

12       Good cause having been shown, the parties' Stipulated Request to Extend Time to File an

13  Amended Complaint is GRANTED.  The deadline for plaintiffs to file an amended complaint in

14  this matter is extended to include August 27, 2013.

15            5/24/13
    Dated:  _____
16                                        _____
                                          HONORABLE EDWARD M. CHEN
17                                        United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*