DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4236
Facsimile:     (415) 554-3837
E-Mail:        aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK
DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK
RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>          Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>          Defendants. | Case No. CV 12-3034 EMC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1     The schedule in this case currently requires Plaintiffs to file a Second Amended Complaint on

2 or before October 2, 2013.  The case is also set for a further Case Management Conference on

3 October 8, 2013.

4     The parties in this case have reached a settlement, which is contingent upon approval by the

5 San Francisco Board of Supervisors.  The ordinance providing for such approval is currently pending

6 before the Board of Supervisors.  The parties do not expect that the Board of Supervisors will act on

7 the ordinance until after the time to file a case management conference statement has passed.

8     The parties therefore agree and stipulate to extending the time for Plaintiffs to file a Second

9 Amended Complaint to and including November 12, 2013.  The parties further stipulate and request

10 that this Court continue the further Case Management Conference to November 14, 2013.  The reason

11 for the request is to give the Board of Supervisors time to complete the approval process, which will

12 obviate the need for a Second Amended Complaint to be filed and will impact the further schedule of

13 the case.

14     No other dates are currently set in this case.  Therefore, the requested extensions will not

15 affect the schedule of this case.

16 Dated:  September 26, 2013

17

18                       DENNIS J. HERRERA
                           City Attorney

19                       OWEN J. CLEMENTS
                           Chief of Complex and Special Litigation

20                       AILEEN M. McGRATH
                           Deputy City Attorneys

21                   By:_____*/s/ Aileen M. McGrath*_____

22                       AILEEN M. McGRATH

23                       Attorneys for Defendants
                           CITY AND COUNTY OF SAN FRANCISCO, SAN

24                       FRANCISCO RECREATION AND PARK
                           DEPARTMENT, SAN FRANCISCO POLICE

25                       OFFICER N. YU, SAN FRANCISCO PARK RANGER
                           J. MITRA

26

27

28

Date:  September 26, 2013

MATT SPRINGMAN


By:_____ /s/ *Matt Springman*
MATT SPRINGMAN

Attorney for Plaintiff DENIZ BOLBOL

Dated:  September 26, 2013

GONZALEZ & LEIGH LLP


By:_____ /s/ *G. Whitney Leigh*
G. WHITNEY LEIGH

Attorney for Plaintiff ALEX FELSINGER


Dated:  September 26, 2013

JOSEPH P. CUVIELLO


By:_____ /s/ *Joseph P. Cuviello*
JOSEPH P. CUVIELLO

Plaintiff In Pro Se


*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF
THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

## **PROPOSED ORDER**

Good cause having been shown, the parties' Stipulated Request to Extend Time to File Second Amended Complaint and To Continue Case Management Conference is GRANTED.  The deadline for the Plaintiffs to file a Second Amended Complaint is November 12, 2013.  The Further Case Management Conference is reset from October 8 to November 14, 2013 at 10:30 a.m.

DATED:  9/30/13 _____

HONORABLE EDWARD M. CHEN United States District Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

**PROOF OF SERVICE**

I, Alison Lambert, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On September 27, 2013, I served the following document(s):

**STIPULATED REQUEST TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the following persons at the locations specified:

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064

Telephone: 650-654-9955
Email: pcuvie@gmail.com
*Plaintiff in Pro Se*

in the manner indicated below:

☒        **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 27, at San Francisco, California.

/s/ Alison Lambert
Alison Lambert