DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:	(415) 554-4236
Facsimile:	(415) 554-3837
E-Mail:	aileen.mcgrath@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, AND ALEX FELSINGER, individually,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>　　　　　　Defendants. | Case No. CV 12-3034 EMC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The schedule in this case currently requires Plaintiffs to file a Second Amended Complaint on or before October 2, 2013.  The case is also set for a further Case Management Conference on October 8, 2013.

The parties in this case have reached a settlement, which is contingent upon approval by the San Francisco Board of Supervisors.  The ordinance providing for such approval is currently pending before the Board of Supervisors.  The parties do not expect that the Board of Supervisors will act on the ordinance until after the time to file a case management conference statement has passed.

The parties therefore agree and stipulate to extending the time for Plaintiffs to file a Second Amended Complaint to and including November 12, 2013.  The parties further stipulate and request that this Court continue the further Case Management Conference to November 14, 2013.  The reason for the request is to give the Board of Supervisors time to complete the approval process, which will obviate the need for a Second Amended Complaint to be filed and will impact the further schedule of the case.

No other dates are currently set in this case.  Therefore, the requested extensions will not affect the schedule of this case.

Dated:  September 26, 2013

        DENNIS J. HERRERA
City Attorney
OWEN J. CLEMENTS
Chief of Complex and Special Litigation
AILEEN M. McGRATH
Deputy City Attorneys

By: /s/ *Aileen M. McGrath*
    AILEEN M. McGRATH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO RECREATION AND PARK DEPARTMENT, SAN FRANCISCO POLICE OFFICER N. YU, SAN FRANCISCO PARK RANGER J. MITRA

Date:  September 26, 2013

          MATT SPRINGMAN

        By:     /s/ *Matt Springman*
          MATT SPRINGMAN

         Attorney for Plaintiff DENIZ BOLBOL

Dated:  September 26, 2013

          GONZALEZ & LEIGH LLP

        By:     /s/ *G. Whitney Leigh*
          G. WHITNEY LEIGH

         Attorney for Plaintiff ALEX FELSINGER

Dated:  September 26, 2013

          JOSEPH P. CUVIELLO

        By:     /s/ *Joseph P. Cuviello*
          JOSEPH P. CUVIELLO

         Plaintiff In Pro Se

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES

**PROPOSED ORDER**

Good cause having been shown, the parties' Stipulated Request to Extend Time to File Second Amended Complaint and To Continue Case Management Conference is GRANTED. The deadline for the Plaintiffs to file a Second Amended Complaint is November 12, 2013. The Further Case Management Conference is reset from October 8 to November ~~14~~ 21, 2013 at 10:30 a.m.

DATED: 9/30/13

HONORABLE EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# PROOF OF SERVICE

I, Alison Lambert, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On September 27, 2013, I served the following document(s):

**STIPULATED REQUEST TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the following persons at the locations specified:

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064

Telephone: 650-654-9955
Email: pcuvie@gmail.com
*Plaintiff in Pro Se*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 27, at San Francisco, California.

                                              */s/ Alison Lambert*
                                              Alison Lambert